*Counsel listed on last page.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re EXPRESS MOBILE CASES | Case No. 3:19-cv-06559-RS<br>3:20-cv-06152-RS<br>3:20-cv-08297-RS<br>3:20-cv-08321-RS<br>3:20-cv-08335-RS<br>3:20-cv-08339-RS<br>3:20-cv-08461-RS<br>3:20-cv-08491-RS<br>3:20-cv-08492-RS<br>3:21-cv-01145-RS<br>3:21-cv-02001-RS<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXTENSION TO BRIEFING ON PLAINTIFF EXPRESS MOBILE, INC.'S ADMINISTRATIVE MOTION TO LIFT THE STAY OF CLAIM CONSTRUCTION AS TO THE '397 AND '168 PATENTS**<br><br>Judge: Honorable Richard Seeborg |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff Express Mobile, Inc. ("Plaintiff" or "Express Mobile") and Defendants listed below (collectively "Defendants") hereby submit this Stipulation to adjust the briefing schedule set for Plaintiff's Administrative Motion to Lift the Stay of Claim Construction as to the '397 and '168 Patents filed on August 27, 2021 ("Motion"). Defendants' Opposition to Plaintiff's Administrative Motion ("Opposition") is currently due on August 31, 2021.

The parties have stipulated to request that the deadline for Defendants to file their Opposition be extended from August 31, 2021 to September 3, 2021. In support of the parties' stipulated request, the parties submit the contemporaneously filed declaration of Adam R. Brausa, which sets forth the following facts:

1. The current deadline for Defendants' Opposition is August 31, 2021.
2. The parties have conferred and jointly agree to the requested extensions.
3. The stipulated and requested change will only alter the deadline with respect to the Opposition. It will not alter any event or deadline set forth in the Court's Further Case Management Scheduling Order (ECF No. 71) or any other event or deadline in the case.

**IT IS SO STIPULATED.**

Dated: August 31, 2021

Respectfully submitted,

*/s/ James R. Nutall*
Jamie L. Lucia (SBN 246163)
STEPTOE & JOHNSON LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
jlucia@steptoe.com

James R. Nuttall (admitted pro hac vice)
Michael Dockterman (admitted pro hac vice)
Tron Fu (admitted pro hac vice)
Robert F. Kappers (admitted pro hac vice)
Katherine H. Johnson (admitted pro hac vice)
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370

*/s/ Adam R. Brausa*
Timothy C. Saulsbury (SBN 281434)
tsaulsbury@durietangri.com
Adam R. Brausa (SBN 298754)
abrausa@durietangri.com
Vera Ranieri (SBN 271594)
vranieri@durietangri.com
Raghav R. Krishnapriyan (SBN 273411)
rkrishnapriyan@durietangri.com
Eric C. Wiener (SBN 325012)
ewiener@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

*Attorneys for Defendants*
*Wix.com, Ltd., Wix.com, Inc., and Pinterest, Inc.*

jnuttall@steptoe.com
mdokterman@steptoe.com
tfu@steptoe.com
rkappers@steptoe.com
kjohnson@steptoe.com

Christopher A. Suarez (admitted pro hac vice)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
csuarez@steptoe.com

Timothy Devlin (admitted pro hac vice)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

*/s/ Robert F. Kramer*
Robert F. Kramer (SBN 181706)
rkramer@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Sal Lim (SBN 211836)
slim@feinday.com
Russell Tonkovich (SBN 233280)
rtonkovich@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 618-4300
Facsimile: (650) 618-4368

*/s/ Steven F. Molo*
Steven F. Molo (*pro hac vice*)
Benoit Quarmby (*pro hac vice*)
Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue

*/s/ Jeremy J. Taylor*
PETER H. KANG (SBN 158101)
peter.kang@bakerbotts.com
JEREMY J. TAYLOR (SBN 249075)
jeremy.taylor@bakerbotts.com
KATHERINE A. BURGESS (SBN 330480)
katherine.burgess@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300

BAILEY MORGAN WATKINS (*pro hac vice*)
bailey.watkins@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
Tel: (512) 322-2500
Fax: (512) 322-2501

*Attorneys for Defendants, BOOKING.COM, B.V., PRICELINE.COM LLC, AGODA COMPANY PTE. LTD., and OPENTABLE, INC.*

*/s/ Irene Yang*
Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
Sue Wang (SBN 286247)
sue.wang@sidley.com
Saurabh Prabhakar (SBN 300891)
sprabhakar@sidley.com
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Richard A. Cederoth (*pro hac vice*)
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
smolo@mololamken.com
bquarmby@mololamken.com
lgrinberg@mololamken.com

Sarah J Newman (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
snewman@mololamken.com

Stuart George Gross
George Alexander Croton
Timothy Sward Kline
GROSS & KLEIN, LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688
sgross@grosskleinlaw.com
gcroton@grosskleinlaw.com
tk@grosskleinlaw.com

*/s/ Scott W. Hejny*
Steven J. Rizzi (admitted pro hac vice)
srizzi@mckoolsmith.com
Ramy Hanna (admitted pro hac vice)
rhanna@mckoolsmith.com
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 402-9400

Scott W. Hejny (admitted pro hac vice)
shejny@mckoolsmith.com
MCKOOL SMITH, P.C.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Christopher P. McNett (SBN 298893)
cmcnett@mckoolsmith.com

Michael L. Roberts (pro hac vice)
mlroberts@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Attorneys for Defendants Microsoft Corporation, LinkedIn Corporation, Dropbox, Inc., Adobe Inc., and X.Commerce Inc. d/b/a Magento Inc.*

*/s/ Ross R. Barton*
Michael J. Newton (SBN 156225)
Katherine G. Rubschlager (SBN 328100)
Email: mike.newton@alston.com
katherine.rubschlager@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
T: 650-838-2000
F: 650-838-2001

Ross R. Barton (admitted *pro hac vice*)
Email: ross.barton@alston.com
**ALSTON & BIRD LLP**
101 South Tryon Street
Bank of America Plaza
Suite 4000
Charlotte, NC 28280
T: 704-444-1000
F: 704-444-1111

*Attorneys for Defendant Oath Holdings, Inc.*

*/s/ James L. Davis, Jr.*
James R. Batchelder (CSB # 136347)
James L. Davis, Jr. (CSB # 304830)
**ROPES & GRAY LLP**
1900 University Ave. 6th Floor
East Palo Alto, CA 94303-2284
Tel.: (650) 617-4000
Fax: (650) 617-4090
James.Batchelder@ropesgray.com
James.L.Davis@ropesgray.com

3

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO BRIEFING ON PLAINTIFF EXPRESS MOBILE, INC.'S ADMIN. MOTION TO LIFT THE STAY

MCKOOL SMITH, P.C.
1717 K St. NW, Suite 900
Washington, DC 20006
Telephone: (212) 402-9841
Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angles, California 90071
Telephone: (213) 694-1200

*Counsel for Plaintiff Express Mobile, Inc.*

Lance W. Shapiro (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel.: (212) 596-9000
Fax: (212) 596-9090
Lance.Shapiro@ropesgray.com

*Attorneys for Defendants SAP SE; SAP America, Inc.; and SAP Labs, LLC*

*/s/ Ryan J. Casamiquela*
Michael A. Berta (SBN 194650)
Ryan J. Casamiquela (SBN 228559)
ARNOLD & PORTER
KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
michael.berta@arnoldporter.com
ryan.casamiquela@arnoldporter.com

Nicholas Lee (SBN 259588)
ARNOLD & PORTER
KAYE SCHOLER LLP
777 S Figueroa St, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
nicholas.lee@arnoldporter.com

*Attorneys for Defendants Adobe Inc. & X.Commerce Inc. d/b/a Magento Inc.*

*/s/ Albert J. Rugo*
J. David Hadden (SBN 176148)
dhadden@fenwick.com
Saina S. Shamilov (SBN 215636)
sshamilov@fenwick.com
Todd R. Gregorian (SBN 236096)
tgregorian@fenwick.com
Rebecca A.E. Fewkes (SBN 209168)
rfewkes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500

Facsimile: 650.938.5200

Todd R. Gregorian (SBN 236096)
tgregorian@fenwick.com
Jessica L. Benzler (SBN 306164)
jbenzler@fenwick.com
M. Conner Hutchisson (SBN 327872)
chutchisson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Albert J. Rugo (SBN 306134)
arugo@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.913.4309
Facsimile: 206.389.4511

*Attorneys for Defendants*
*SLACK TECHNOLOGIES, INC., AMAZON.COM, INC., SALESFORCE.COM, INC.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Ryan J. Casamiquela, attest that concurrence in the filing of this document has been obtained.

Dated: August 31, 2021

*/s/ Ryan J. Casamiquela*
Ryan J. Casamiquela

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

The deadline for Defendants to file their Opposition is extended from August 31, 2021 to September 3, 2021

Dated: August 31, 2021

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE